# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0979. ROLANDAS MILINAVICIUS v. THE STATE.

Following a jury trial, Rolandas Milinavicius was convicted of two counts each of malice murder, felony murder, aggravated assault, and possession of a firearm during the commission of a felony. His convictions were affirmed on appeal by the Supreme Court of Georgia. *Milinavicius v. State*, 290 Ga. 374 (721 SE2d 843) (2012). In June 2025, Milinavicius filed a pro se motion to quash the indictment. The trial court dismissed the motion, Milinavicius appealed, and this Court transferred that case to our Supreme Court.[1] In the meantime, in the trial court, Milinavicius filed a motion for reconsideration of the trial court's dismissal of the motion to quash the indictment, which the trial court denied. This case is Milinavicius's appeal from that denial.

As we have stated previously in appeals which Milinavicius has filed in this Court, under our Constitution, the Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8). Because a penalty of death can be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1(a), (e)(1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764, 764-65 (740 SE2d 124) (2013).

---

[1] See Case No. A26A0841 (Dec. 4, 2025).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/02/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*